Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-09-00324-CV

Mark **WYNNE** and Premier General Holdings, Ltd.,
Appellants

v.

Dean **DAVENPORT**, et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-11585
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed: August 26, 2009

DISMISSED

Before the court is appellants' motion for voluntary dismissal. Appellants' motion to dismiss

is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed

against the appellants. *See id.* at (d).

PER CURIAM